**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:26-cr-**00251-MTK |
| **v.** | **INDICTMENT** |
| **TRENTON ALEXANDER VAN ZOEREN,** | **18 U.S.C. § 1361**<br>**18 U.S.C. § 111(a)**<br>**18 U.S.C. § 111(b)** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Willfully Injuring or Committing Any Depredation Against Property of the United States)**
**(18 U.S.C. § 1361)**

On or about January 14, 2026, in the District of Oregon, defendant **TRENTON ALEXANDER VAN ZOEREN**, did knowingly and willfully injure and commit a depredation against property of the United States, specifically a window at the Eugene Federal Building, and the resulting damage exceeded the sum of $1,000;

In violation of Title 18, United States Code, Section 1361.

///

**COUNT 2**
**(Willfully Injuring or Committing Any Depredation Against Property of the United States)**
**(18 U.S.C. § 1361)**

On or about January 21, 2026, in the District of Oregon, defendant **TRENTON ALEXANDER VAN ZOEREN**, did knowingly and willfully injure and commit a depredation against property of the United States, specifically a window at the Eugene Federal Building, and the resulting damage exceeded the sum of $1,000;

In violation of Title 18, United States Code, Section 1361.

**COUNT 3**
**(Assault of a Federal Officer involving Physical Contact)**
**(18 U.S.C. § 111(a))**

On or about January 28, 2026, in the District of Oregon, defendant **TRENTON ALEXANDER VAN ZOEREN**, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Adult Victim 1 (AV1), a sworn law enforcement officer and employee of the Federal Protective Service, and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his official duties, and such acts involved physical contact with AV1;

In violation of Title 18, United States Code, Section 111(a).

**COUNT 4**
**(Aggravated Assault on a Federal Employee causing Bodily Injury)**
**(18 U.S.C. § 111(a) and 111(b))**

On or about January 28, 2026, within the District of Oregon, defendant **TRENTON ALEXANDER VAN ZOEREN.** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Adult Victim 1 (AV1), a sworn law enforcement officer and employee of the Federal Protective Service, and a person designated in Title 18, United States

Code, Section 1114, while AV1 was engaged in and on account of the performance of his official duties, and in committing the offense inflicted bodily injury on AV1;

In violation of Title 18, United States Code, Sections 111(a) and 111(b).

Dated: July 9, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JUDITH R HARPER, OSB #903260
Assistant United States Attorney